IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY KITCHEN,<br><br>             Plaintiff,<br><br>     vs.<br><br>HOME DEPOT, U.S.A., INC.,<br><br>             Defendant<br>_____/ | CASE NO. CV F 08-0216 LJO GSA<br><br>**ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue.  As such this Court:

    1.    TRANSFERS this action to this Court's Sacramento Division;

    2.    DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division; and

    3.    VACATES all pending dates before this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   February 15, 2008**            /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

1