Robert C. Bowman, Bar No. 232388.
Kara Keister, Bar No. 250260
LAW OFFICE OF BOWMAN /FOOS
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Plaintiff
TERRY KITCHEN


PAYNE & FEARS, LLP
Attorneys at Law
Andrew J. Jaramillo, Bar No. 198303
ajj@paynefears.com
James T. Conley, Bar No. 224174
jtc@paynefears.com
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 398-7860
Facsimile:  (415) 398-7863

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY KITCHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC., a Corporation doing business in California and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | CASE NO. CIV.S-08-0360-FCD-GGH<br><br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**STIPULATION AND ORDER TO**            **CASE NO. CV 08-00360-FCD-GGH**
**DISMISS ENTIRE ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff Terry Kitchen ("Kitchen") and Defendant Home Depot U.S.A., Inc., through their counsel of record, that all claims for relief in the above-captioned action brought by Kitchen be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

DATED: August 14, 2008          BOWMAN/FOOS

By:/s/ _____
KARA KEISTER
Attorneys for Plaintiff TERRY KITCHEN

DATED: August 14, 2008          PAYNE & FEARS LLP

By:/s/ _____
JAMES T. CONLEY
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION BROUGHT BY PLAINTIFF TERRY KITCHEN BE, AND HEREBY ARE, DISMISSED IN THEIR ENTIRETY WITH PREJUDICE.

Dated: August 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE